# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Malibu Media, LLC** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | **3:18-cv-00600-JCH** |
| **John Doe -assigned IP address 71.235.127.177** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**John Doe -subscriber assigned IP address 71.235.127.177**

Date: **May 31, 2018**

*Attorney's signature*

**Dale C. Roberson ct10021**

*Printed name and bar number*

**Marder, Roberson & DeFelice Law Offices, LLC, 76 South Frontage Road, Vernon, CT 06066**

*Address*

**dale@marder-law.com**

*E-mail address*

**860-872-3000**

*Telephone number*

**860-872-3626**

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **05/31/2018**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*